■ In the Matter of ANTHONY WILKINS, Appellant, v CHARLES JAMES et al., Respondents.—Motion to dismiss appeal denied as unnecessary; motion to be relieved of assignment or, alternatively, to extend time to perfect appeal denied, without prejudice, all in accordance with the following memorandum: The motion to dismiss is unnecessary because the appeal has been abandoned and deemed dismissed without the necessity of an order (22 NYCRR 1000.3 [b] [2]). The application of Legal Aid Bureau of Buffalo to be relieved as assigned counsel and its alternative application for an extension of time to perfect the appeal are denied without prejudice to a motion to vacate the abandonment and dismissal of the appeal upon a showing of merit (see, 22 NYCRR 1000.3 [b] [2] [i]). Present—Dillon, P. J., Doerr, Boomer, Pine and Lawton, JJ.

■ PEOPLE, v ANTHONY ALLEN, Defendant—Motion to dismiss appeal denied; cross motion to extend time to serve notice of appeal granted and notice of appeal served on April 19, 1982 deemed timely (CPL 460.10 [6]).

■ PEOPLE, Respondent, v STEVEN ALLEN, Appellant.—Motion for summary reversal denied with leave to renew upon a showing that there are no alternative means to reconstruct the plea minutes for review upon appeal (see, People v Glass, 43 NY2d 283; Matter of Christian [Carty], 122 AD2d 622).